## United States District Court
### for the
### Eastern District of Oklahoma

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED

JUN - 6 2006

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

Name of Offender: Willie Lampley                                       Case Number CR-95-063-S

Name of Sentencing Judicial Officer: Honorable Frank H. Seay

Date of Original Sentence: July 10, 1996

Original Offense: Ct.1  Conspiracy
                  Ct.2  Use & Carry Firearm during & in Relation to a Crime of Violence
                  Ct.3  Solicitation for a Crime of Violence

Original Sentence: Ct. 1 Seventy-Eight (78) months in BOP, Ct.3: Sixty (60) months in BOP. Counts 1 & 3 to run concurrent with each other. On Ct. 2: Sixty (60) months in BOP to run consecutively to Cts. 1& 3. Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years on each of counts 1, 2, & 3 to run concurrently with each other.

Type of Supervision: TSR                         Date Supervision Commenced: January 4, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

The defendant shall submit to a search conducted by a United States Probation Officer of your person, residence, vehicle, office, and /or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation or a condition of release. Failure to submit to a search may be grounds for revocation. You shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition. Additionally, you shall obtain written verification from other residents that said residents acknowledge the existence of this condition and that their failure to cooperate could result in revocation. This acknowledgment shall be provided to the U.S. Probation Officer immediately upon taking residency.

### CAUSE

The defendant is still determined to predict the end of the world and he seems to continue to blame that on the U.S. Government to include the Federal Court; however at this point there has been no evidence that the defendant is advocating the violence he once did. The defendant is sending a publication to the congregation of the Global Church of Yaweh as the Pastor, as has given his Probation Officer permission to search his residential office at any time. The defendant is accepting donations as the Church Pastor and he has agreed to list all donations of any type that he receives. The defendant will be seventy-six (76) years old this year and is scheduled for hernia surgery in two weeks and will follow that by hip replacement. He therefore will be unemployable during his supervision term. The modifications will aid the probation office in their efforts to supervise the defendant.

| Name of Offender: Willie Lampley | Case Number CR-95-063-S |
|---|---|

Respectfully submitted,

by *[signature]*

Myrion Milton
U.S. Probation Officer
Date: 6-5-06

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*

Signature of Judicial Officer
Date 6/6/06